UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

v.   Case No. 2:17-cr-50

**Daniel Emerson Norton,**   Judge Michael H. Watson

**Defendant.**

## OPINION AND ORDER

It appears from the docket that the Government's response to Defendant's pending motion for compassionate release, ECF No. 156, was not mailed to Defendant. The Clerk is **DIRECTED** to mail a copy of the same to Defendant at his current address. Moreover, Defendant may have **TWENTY-ONE DAYS** to file a reply to the Government's response, if he so wishes. The Court is in receipt of Defendant's December 5, 2023 letter, which shall also be docketed as a reply brief.

Finally, the Government is **ORDERED** to either point to the March 12, 2021 MRI report on the record or file a copy of the same within **FOURTEEN DAYS**.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT